UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                Plaintiff,

   v.

JASON X. DENNIS,

                Defendant.

Case No. CR12-49-JCC

**PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE**

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on March 12, 2012. The defendant appeared pursuant to a warrant issued in this case. The United States was represented by Thomas Bates, and defendant was represented by Corey Endo. Also present was U.S. Probation Officer Jennifer Tien. The proceedings were digitally recorded.

## SENTENCE AND PRIOR ACTION

Defendant was sentenced on October 19, 2009, by the Honorable Sam E. Haddon in the District of Montana for Possession with Intent to Distribute Cocaine in a Public Housing Facility and Distribution of Cocaine in a Public Housing Facility. He received 37 months of detention for each count, concurrent, and 6 years of supervised release. On February 29, 2012, jurisdiction was transferred to the Western District of Washington.

## PRESENTLY ALLEGED VIOLATIONS

In a petition dated March 5, 2012, U.S. Probation Officer Michael S. Larsen alleged that defendant violated the following conditions of supervised release:

1. Using methamphetamine, on or before January 26 and February 1, 2012, in violation of standard condition number 7.

2. Failing to report for testing on February 7 and 27, 2012, in violation of special condition number 1.

3. Leaving the judicial district without permission of the Court or probation officer, on or before February 29, 2012, in violation of standard condition number 1.

## FINDINGS FOLLOWING EVIDENTIARY HEARING

Defendant admitted the above violations, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing on March 23, 2012, at 9:00 a.m. before District Judge John C. Coughenour.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 12th day of March, 2012.

BRIAN A. TSUCHIDA
United States Magistrate Judge