UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, Plaintiff, v. JASON X. DENNIS, Defendant.

CASE NO. CR12-049-JCC

DETENTION ORDER

Offense charged: Violation of Supervised Release

Date of Detention Hearing: March 19, 2014.

The Court, having conducted a detention hearing, and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has been charged with violating the conditions of supervised release by using methamphetamine, by using cocaine, and by failing to report for urinalysis testing on a

number of occasions. Urinalysis testing conducted on the date of this hearing resulted in a presumptive positive test result for amphetamine.

2. The Court finds the defendant is unable to overcome the presumption of detention under 18 U.S.C. § 3143(a), CR 32.1(a)(6).

3. The defendant will be remanded to custody pending a hearing on violations of supervised release.

It is therefore ORDERED:

1. Defendant shall be detained pending an evidentiary hearing and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 19th day of March, 2014.

Mary Alice Theiler
Chief United States Magistrate Judge